UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

SEP 13 2017

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ALASKA INTERSTATE CONSTRUCTION, LLC, <br><br> Plaintiff - Appellant, <br><br> v. <br><br> CRUM & FORSTER SPECIALTY INSURANCE COMPANY, INC., <br><br> Defendant - Appellee. | No. 15-35973 <br><br> D.C. No. 3:14-cv-00126-RRB <br> U.S. District Court for Alaska, Anchorage <br><br> **AMENDED MANDATE** |

The judgment of this Court, entered August 22, 2017, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

Costs are taxed against the appellant in the amount of $105.00.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Jessica F. Flores Poblano
Deputy Clerk
Ninth Circuit Rule 27-7